UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Danielle M. Duguay

    v.                                          Case No. 19-cv-1103-LM

RBS Citizens Financial Group, et al

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 13, 2019, and dismiss this case for lack of subject matter jurisdiction.

                                                  _____
                                                  Landya B. McCafferty
                                                  Chief Judge

Date: January 3, 2020

cc: Danielle M. Duguay, pro se